```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NEW YORK CITY DISTRICT COUNCIL OF                           :
CARPENTERS,                                                 :
                                      Petitioner,           :     20 Civ. 51 (LGS)
                                                            :
             -against-                                      :     ORDER
                                                            :
TRIED N TRUE INTERIORS LLC,                                 :
                                                            :
                                      Respondent.           :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Affidavit of Service at Dkt. No. 5 shows that Respondent was required to respond to the Petition to Confirm Arbitration by February 11, 2020;

WHEREAS, Respondent has not timely appeared or responded. It is hereby

**ORDERED** that Respondent's opposition to the petition if any, not to exceed 5 double-spaced pages, is due **February 25, 2020**. Petitioner's reply, not to exceed 3 double-spaced pages, is due **March 3, 2020**. If Respondent does not timely file its opposition or otherwise request an extension, this petition will be treated as unopposed and Petitioner need not file a reply. It is further

**ORDERED** that Petitioner shall serve a copy of this Order on Respondent, and file an affidavit of service on the docket by **February 18, 2020**.

Dated: February 13, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**