**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS,
                Petitioner,

20 **CIVIL** 00051 (LGS)

    -against-

**JUDGMENT**

TRIED N TRUE INTERIORS LLC,
                Respondent.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 9, 2020, the Petition dated January 3, 2020 is granted; Carpenters is entitled to a total of $5,503.30 under the Award, pre-judgment interest at the rate of none percent per annum from December 23, 2019 the entry of judgment in the amount of $151.98, and post-judgment interest, calculated at the statutory rate prescribed in 28 U.S.C. 1961.

**Dated:**  New York, New York
          April 13, 2020

                                          **RUBY J. KRAJICK**
                                          _____
                                          **Clerk of Court**
         **BY:**
                _____
                              **Deputy Clerk**